**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3996
_____

MICHAEL E. SILUK, JR.,

Appellant

v.

CATHERINE MERWIN,
Director of Perry County Domestic Relations Section

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(Civil Action No. 1-11-cv-01654)
District Judge:  Honorable Judge Christopher C. Conner
_____

Before:  MCKEE, <u>Chief Judge </u>and CHAGARES, GARTH,
<u>Circuit Judges</u>
_____

ORDER AMENDING OPINION
_____

At the direction of the Court, the opinion filed April 10, 2015 is hereby amended.

Page 4, footnote 5:

We have jurisdiction to review a district court's final order under 28 U.S.C. § 1291. Although Siluk is appealing the order dismissing his complaint under Rule 12(b)(6), he has filed a motion to consolidate court fees which is currently pending before the Court, we only need to discuss the latter issue. The District Court thoroughly and carefully explained that Siluk's claim against an officer of the Commonwealth of

Pennsylvania is barred by the Eleventh Amendment of the United States Constitution.

Page 5, paragraph 2:

Siluk appealed and applied to proceed IFP before us. He also filed a motion to combine payment of his filing fees which was referred to the merits panel.

An amended judgment will be issued.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: April 21, 2015